### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

VALLEY VIEW AGRI, LLC                                                                       PLAINTIFF

v.                                        NO. 3:14CV00307 JLH

PRODUCERS COOPERATIVE OIL MILL                                              DEFENDANT

### ORDER

Producers Cooperative Oil Mill must file its response to the plaintiff's motion to compel jurisdictional discovery on or before May 27, 2015.

IT IS SO ORDERED this 21st day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE