# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VALLEY VIEW AGRI, LLC                                                                                         PLAINTIFF

v.                                              NO. 3:14CV00307 JLH

PRODUCERS COOPERATIVE OIL MILL                                                             DEFENDANT

## ORDER

On the 8th day of June, 2015, the Court conducted a hearing by telephone on the plaintiff's motion to compel jurisdictional discovery. The plaintiff, Valley View Agri, LLC, appeared through its lawyer, Nathan Andrew Read. The defendant, Producers Cooperative Oil Mill, appeared through its lawyers, David D. Wilson and Brandon P. Wilson. After hearing argument from the parties, the Court sustained the objections by Producers Cooperative Oil Mill to the request for membership applications in Request for Production Nos. 5 and 20. The Court also sustained Producers Cooperative Oil Mill's objections to producing its tax returns and to Request for Production No. 21. Otherwise, the motion to compel was granted. Document #14. Producers Cooperative Oil Mill stated during the hearing that it believes that it has produced all of the documents and information responsive to the discovery requests, other than those to which the Court has sustained its objections, but will verify whether any documents or information remain to be produced back to 1999 and, if any responsive documents or other information remain to be produced, it will be produced. The Court orders that the documents and any other responsive information be produced before the deposition scheduled for June 18, 2015.

IT IS SO ORDERED this 8th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE