# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VALLEY VIEW AGRI, LLC                                                                                 PLAINTIFF

v.                                          NO. 3:14CV00307 JLH

PRODUCERS COOPERATIVE OIL MILL                                                        DEFENDANT

## ORDER

Valley View Agri, LLC's motion to strike or, in the alternative, for leave to file a sur-reply is GRANTED IN PART and DENIED IN PART.  Document #35.  The motion to strike is denied.  The motion for leave to file a sur-reply is granted.  Valley View's sur-reply must be filed within seven days from the entry of this Order.

IT IS SO ORDERED this 19th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE