**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

VALLEY VIEW AGRI, LLC                                                                      PLAINTIFF

v.                                              No. 3:14CV00307 JLH

PRODUCERS COOPERATIVE OIL MILL                                          DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 26th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE